IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA CEREAL LLC, ET AL | No. C 09-01516 RS |
| Plaintiff, <br> v. | **STAND-BY ORDER TO SHOW CAUSE** |
| KAHALA FRANCHISE CORPORATION, ET AL, | |
| Defendant. | |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **March 25, 2010.** If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **April 1, 2010, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse at 450 Golden Gate Avenue, San Francisco** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 1/25/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE