SAMUEL A. CHUCK (SBN 155326)
ERIC A. GRAVINK (SBN 226990)
ROSSI, HAMERSLOUGH, REISCHL & CHUCK
1960 The Alameda, Suite 200
San Jose, CA 95126-1493
Tel: (408) 261-4252
Fax: (408) 261-4292

Attorneys for Plaintiffs BAY AREA CEREAL, LLC.,
a California Limited Liability Company,
LARRY SCHAADT, an individual,
and LAILA FIELDS, an individual

*E-Filed 02/12/2010*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA CEREAL, LLC., a California Limited Liability Company, LARRY SCHAADT, an individual, and LAILA FIELDS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>KAHALA FRANCHISE CORP., a Delaware Corporation, and DOES 1-10 inclusive,<br><br>Defendants. | Case No.: CV-09-1516-RS<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>Action Filed: March 4, 2009<br>Trial Date: None set |

IT IS HEREBY STIPULATED by and between BAY AREA CEREAL, LLC., LARRY SCHAADT, and LAILA FIELDS, as Plaintiffs and KAHALA FRANCHISE CORP. as Defendants (collectively "Parties") that the above-caption action, including all claims, counter claims, and affirmative defenses, be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

Each party will bear its own costs and attorney's fees.

| | |
|---|---|
| DATED: February 12, 2010 | ROSSI, HAMERSLOUGH, REISCHL & CHUCK |
| | By _____ |
| | ERIC A. GRAVINK |
| | Attorneys for Plaintiffs |
| DATED: February 12, 2010 | GORDON & REES, LLP |
| | By _____ |
| | DION N. COMINOS, ESQ. |
| | Attorneys for Defendant |

**ORDER**

**IT IS SO ORDERED.**

DATED: 02/12/2010

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

Rossi, Hamerslough,
Reischl & Chuck
1960 The Alameda
Suite 200
San Jose, CA
95126-1493
Ph (408) 261-4252
Fax (408) 261-4292